SQUIRE PATTON BOGGS

Squire Patton Boggs (US) LLP
1120 Avenue of the Americas, 13th Floor
New York, New York 10036

O +1 212 872 9800
F +1 212 872 9815
squirepattonboggs.com

Katharine J. Liao
M +1 212 291 5505
katharine.liao@squirepb.com

August 12, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/12/2026

**FILED VIA CM/ECF**

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Brunson, et al. v. Securus Technologies, LLC*; Case No. 1:26-cv-04964-MMG; Letter Motion Request for Adjournment of Initial Pretrial Conference Date

Dear Judge Garnett:

This letter motion is submitted by Defendant Securus Technologies, LLC ("Securus") in accordance with Rules I(B)(1) and (5) of the Court's Individual Rules & Practices.

On July 21, 2026, the Court issued a Notice of Initial Pretrial Conference (ECF No. 16), setting that conference for August 26, 2026 and directing the parties to file a joint letter and proposed Civil Case Management Plan and Scheduling Order by August 19, 2026.

Lead counsel for Securus in this matter (Daniel Pasternak, *pro hac vice* application pending) has a conflict with the current August 26, 2026 initial pretrial conference date, as he is scheduled to be in Oakland, California on that date for a labor arbitration which was scheduled on February 25, 2026 and is not capable of being easily rescheduled. Undersigned counsel also has a conflict with the August 26, 2026 date due to previously scheduled out-of-state travel the week of August 24-28.

Accordingly, Securus respectfully requests that the Court adjourn the August 26, 2026 initial pretrial conference date and all associated filings and deadlines therewith, to another date subject to the Court's availability. Securus's counsel conferred with Plaintiffs' counsel, who consents to this request, and all parties are available on September 8, 9, or 10, or a date during the week of September 28, should such dates suit the Court's calendar.

This is Securus's first request for adjournment and extending the initial pretrial conference date will not affect any other scheduled dates in this matter.

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

*/s/ Katharine J. Liao*

Katharine J. Liao
Counsel for Defendant Securus Technologies, LLC

cc: Counsel of Record (via ECF)

GRANTED. The Initial Pretrial Conference currently scheduled for August 26, 2026, is ADJOURNED to **Wednesday, September 9, 2026**. The deadline for the parties' joint letter and Proposed Case Management Plan and Scheduling Order is likewise EXTENDED to **September 2, 2026**.

SO ORDERED. Dated August 12, 2026.



HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE